UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LESSIE ANDERSON,

                                  Plaintiff,          9:04-CV-0030
                                                                (NAM)(DEP)

      v.

LOYCE DUKE, Dept. Superintendent of Programs;
HERBERT MCLAUGHLIN, Superintendent, Hudson
Correctional Facility; THOMAS G. EAGEN, Director of
Inmate Grievance Programs; OSCAR MCLAUGHLIN, Rev.,
Coordinating Chaplain; D. THOMAS TESTO, Grievance
Supervisor,

                                  Defendants.

---

APPEARANCES:

LESSIE ANDERSON
Plaintiff, *pro se*

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

      The Clerk has sent to the Court the amended complaint submitted for filing by plaintiff Lessie Anderson ("plaintiff"). Dkt. No. 11. Plaintiff filed the amended complaint in accordance with this Court's February 25, 2005 Order.[1] Dkt. No. 15 ("February Order").

      In his amended complaint, plaintiff alleges, *inter alia*, that beginning in November 2003, while he was incarcerated in Hudson Correctional Facility, he was denied the right to practice his religion and denied due process at disciplinary hearings. Since plaintiff's amended complaint essentially cures the defects in his prior complaints, it may properly be

---

[1] After the Court issued the February Order, plaintiff requested, and was granted, two extensions of time to file his amended complaint. *See* Dkt. Nos. 18 and 19.

filed with the Court.

WHEREFORE, it is hereby

ORDERED, that the Clerk shall issue summonses and forward them, along with copies of the complaint, to the United States Marshal for service upon the named defendants, together with a copy of this Order; and it is further

ORDERED, that a response to the plaintiff's complaint be filed by the defendants or their counsel as provided for in the Federal Rules of Civil Procedure after service of process on the defendants; and it is further

ORDERED, that all pleadings, motions and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367.  **Any paper sent by a party to the court or the Clerk must be accompanied by a certificate showing that a true and correct copy of it was mailed to all opposing parties or their counsel.  Any document received by the Clerk or the court which does not include a proper certificate of service will be returned, without processing.**  The plaintiff must comply with requests by the Clerk's Office for any documents that are necessary to maintain this action.  All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions, which must be returnable before the assigned Magistrate Judge with proper allowance for notice as required by the Rules.  **The plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel of any change in the plaintiff's address; his failure to do so will result in the dismissal of this action.**  All motions will be decided on submitted papers without oral argument unless otherwise

ordered by the court; and it is further

ORDERED, that the Clerk serve a copy of this Order on plaintiff by regular mail.

IT IS SO ORDERED.

Dated:  August 22, 2005

Norman A. Mordue
U.S. District Judge